# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Luis Sortillon-Lopez,<br>A205 548 118<br>*Defendant* | Case No. 17-590 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 17, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Luis Sortillon-Lopez, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about September 21, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY : Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*
Christopher M. Baugh
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2017

*Judge's signature*
Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about November 17, 2017, Border Patrol Agent Aaron Oliphant, who was performing his assigned duties at or near Gila Bend, Arizaona, encountered an individual later identified as Juan Luis Sortillon-Lopez. The agent identified himself as a Border Patrol agent and performed an immigration inspection on Sortillon-Lopez. The agent determined that Sortillon-Lopez was a citizen of Mexico, unlawfully present in the United States. Sortillon-Lopez was taken to the Ajo Border Patrol Station for further processing. Sortillon-Lopez was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Juan Luis Sortillon-Lopez to be a citizen of Mexico and a previously deported alien. Sortillon-Lopez was removed from the United States to Mexico through El Paso, Texas, on or about September 21, 2017, pursuant to a removal order issued by an immigration official. There is no record of

1

Juan Luis Sortillon-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sortillon-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Juan Luis Sortillon-Lopez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Sortillon-Lopez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Sortillon-Lopez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Sortillon-Lopez's immigration history was matched to him by electronic fingerprint comparison.

5. On or about November 18, 2017, Juan Luis Sortillon-Lopez was advised of his constitutional rights. Sortillon-Lopez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Sortillon-Lopez stated that his true and complete name is Juan Luis Sortillon-Lopez and that he a citizen of Mexico. Sortillon-Lopez stated that he entered the United States illegally by walking through the desert near San Luis, Arizona.

6.  For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2017, Juan Luis Sortillon-Lopez, an alien, was found in the United States of America at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about September 21, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

_____
Christopher M. Baugh
United States Border Patrol Agent


Sworn to and subscribed before me
this 20th day of November, 2017.

_____
Michelle H. Burns
United States Magistrate Judge